**MEMO ENDORSED**

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

September 12, 2021

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:    USA v. John Rohlman, 14 CR 852 ~~862~~ (KMK)

Dear Judge Karas:

With the consent of the Government by AUSA John Rohlman, and probation this is a joint application to adjourn the above VOSR proceeding from September 15, 2021 to a date in late November. On May 20, 2021 Mr. Rohlman appeared on the violation petition, and he was ordered to participate in an in-patient drug treatment program. The matter was adjourned to September 15, 2021 to monitor his progress. As reported by U.S. Probation Officer Jason G. Lerman in an e-mail on September 10, 2021, Mr. Rohlman's counselor in the program advised that he is following the terms of his in-patient treatment program. He attends treatment as required and all drug tests have been negative. Further he has a job interview scheduled next week. As a discharge date from the program has not yet been set, there will not be a resolution of the violation petition on September 15, 2021.

Thank you for considering this application.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

*Granted. The Court will hold a teleconference on November 30, 2021 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

9/13/2021