**JOSEPH A. VITA**  **MEMO ENDORSED**
ATTORNEY AT LAW
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

November 23, 2021

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. John Rohlman, 14 CR 852 (KMK)

Dear Judge Karas:

With the consent of the Government by AUSA Scott Hartman, and probation this is a joint application to adjourn the above VOSR proceeding scheduled for teleconference on November 30, 2021. Mr. Rohlman remains in compliance with his drug treatment program. He completed inpatient drug treatment as well as a transition residence program at Homer Perkins early this month. Mr. Rohlman is presently residing in the Reilly House in Albany New York. He is receiving outpatient counseling and drug testing and, in addition, is employed full-time. I am requesting that the matter be adjourned for a two-month period with the expectation that Mr. Rohlman will continue his success in treatment and sobriety so that we can come to a favorable resolution.

Thank you for considering this application.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

*Granted. The Court will hold a teleconference on January 27, 2022 at 11:00 AM.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

11/29/2021