**JOSEPH A. VITA**    MEMO ENL   ·
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

January 18, 2022

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:    USA v. John Rohlman, 14 CR 852 (KMK)

Dear Judge Karas:

    With the consent of the Government by AUSA Scott Hartman, and probation this is a
joint application to adjourn the above VOSR proceeding presently scheduled for teleconference
on January 27, 2022.  Mr. Rohlman remains in compliance with his drug treatment program. He
completed inpatient drug treatment as well as a transition residence program at Homer Perkins.
Mr. Rohlman is presently residing in the Reilly House in Albany, New York. He is receiving
outpatient counseling and drug testing.  We are still awaiting disposition of a state misdemeanor
charge which is the basis for several violation specifications.  The State case is next on for March
9, 2022. I am requesting that the matter be adjourned to a date in early April, 2022.

    Thank you for considering this application.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

*Granted. The Court will hold a*
*tele conference on April 19, 2022 at*
*10:30 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1/19/2022